**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re:  THOMAS M. SANDS, JR.          §          Case No. 17-80383
        TOMI K. SANDS                 §
                                      §
            Debtor(s)                 §

_____

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**


Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the
administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:


1) The case was filed on 02/24/2017.

2) The plan was confirmed on 08/25/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on
   NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the
   plan on 09/06/2017, 01/05/2018.

5) The case was converted on 01/04/2018.

6) Number of months from filing or conversion to last payment: 4.

7) Number of months case was pending: 10.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $0.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have NOT cleared the bank.


UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 1,698.00 | |
| Less amount refunded to debtor(s) | $ 25.00 | |
| **NET RECEIPTS** | | $ 1,673.00 |

**Expenses of Administration:**

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 270.08 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 139.05 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 409.13 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GERACI LAW L.L.C. | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 270.08 | 0.00 |
| CREDIT ACCEPTANCE | Sec | 9,662.00 | 9,255.73 | 0.00 | 91.61 | 177.26 |
| REGIONAL ACCEPTANCE | Sec | 19,899.00 | 20,159.32 | 20,159.32 | 419.42 | 575.58 |
| REGIONAL ACCEPTANCE | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ASSOCIATED BANK | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| AT & T | Uns | 68.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY II LLC % AT&T | Uns | 1,137.00 | 1,137.43 | 1,137.43 | 0.00 | 0.00 |
| AT & T | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CABLE | Uns | 1,580.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CENTRAL WAREHOUSE | Uns | 322.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 1,000.00 | 879.27 | 879.27 | 0.00 | 0.00 |
| CONSUMER CELLULAR | Uns | 474.00 | 476.81 | 476.81 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Uns | 0.00 | 51,215.62 | 0.00 | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Uns | 0.00 | 1,558.44 | 0.00 | 0.00 | 0.00 |
| DEPT OF ED/NAVIENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED/NAVIENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED/NAVIENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED/NAVIENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DEPT OF ED/NAVIENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED/NAVIENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED/NAVIENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED/NAVIENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED/NAVIENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED/NAVIENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED/NAVIENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED/NAVIENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED/NAVIENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED/NAVIENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED/NAVIENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED/NAVIENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED/NAVIENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED/NAVIENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF ED/NAVIENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEVRY EDUCATION GROUP | Uns | 500.00 | 1,697.72 | 1,697.72 | 0.00 | 0.00 |
| DIRECTV | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Uns | 710.00 | NA | NA | 0.00 | 0.00 |
| EXETER FINANCE CORPORATION | Uns | 15,199.00 | 15,359.21 | 15,359.21 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 440.00 | 440.61 | 440.61 | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 486.00 | NA | NA | 0.00 | 0.00 |
| HOME SHOPPING NETWORK | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY SPV I, LLC | Uns | 508.00 | 507.53 | 507.53 | 0.00 | 0.00 |
| ILLINOIS COMMUNITY CREDIT | Uns | 4,290.00 | 4,290.35 | 4,290.35 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF HUMAN | Uns | 4,693.00 | 4,660.00 | 4,660.00 | 0.00 | 0.00 |
| NAVIENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 2,000.00 | 1,707.27 | 1,707.27 | 0.00 | 0.00 |
| RENT-A-CENTER | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| SOCIAL SECURITY | Uns | 5,000.00 | NA | NA | 0.00 | 0.00 |
| SPRING GREEN | Uns | 71.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Uns | 1,744.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/WALMART | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SYNCHRONY BANK | Uns | 647.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE USA | Uns | 1,766.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR BY AMERICAN | Uns | 156.00 | 1,398.84 | 1,398.84 | 0.00 | 0.00 |
| US CELLULAR BY AMERICAN | Uns | 1,000.00 | 1,477.88 | 1,477.88 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 1,713.00 | 1,713.55 | 1,713.55 | 0.00 | 0.00 |
| VIVINT | Uns | 2,147.00 | NA | NA | 0.00 | 0.00 |
| SUSAN ARLOW | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AARGON AGENCY as agent for | Uns | 0.00 | 556.50 | 556.50 | 0.00 | 0.00 |
| DEVRY EDUCATION GROUP | Uns | 0.00 | 543.75 | 543.75 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 20,159.32 | $ 511.03 | $ 752.84 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 20,159.32 | $ 511.03 | $ 752.84 |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 36,846.72 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 409.13 | |
| Disbursements to Creditors | $ 1,263.87 | |
| **TOTAL DISBURSEMENTS:** | | $ 1,673.00 |

   12)  The Trustee certifies that the foregoing summary is true and complete and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests that the Trustee be discharged and granted such other relief as may be just and proper.

Date:  <u>01/19/2018</u>          By:  <u>/s/ Lydia S. Meyer</u>
                                        Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)